■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GARCIA, Appellant. [986 NYS2d 842]—Application by the appellant for a writ of error coram nobis, in effect, to reargue a decision and order of this Court dated June 18, 2001 (*People v Garcia*, 284 AD2d 479 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered October 26, 1998.

Ordered that the application is dismissed.

An application for a writ of error coram nobis may not be used as a substitute for a motion to reargue a decision and order of this Court (*see generally People v Gordon*, 183 AD2d 915 [1992]; CPL 470.50; Rules of App Div, 2d Dept [22 NYCRR] § 670.6; *cf. People v Syville*, 15 NY3d 391, 400-401 [2010]; *People v Bachert*, 69 NY2d 593, 596-600 [1987]). The defendant's application must therefore be dismissed. Mastro, J.P., Rivera, Skelos and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASHANTI GRIFFIN, Appellant. [986 NYS2d 358]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered November 18, 2009, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant claims that he was deprived of his right to be present at a *Sandoval* hearing (*see People v Dokes*, 79 NY2d 656 [1992]; *see generally People v Sandoval*, 34 NY2d 371 [1974]), but he forfeited that claim by pleading guilty (*see People v Henderson*, 233 AD2d 253, 254 [1996]; *cf. People v Dunbar*, 240 AD2d 275, 275 [1997]). Likewise, the defendant forfeited his claim that his attorney rendered ineffective assistance of counsel at the *Sandoval* hearing, inasmuch as that claim "does not directly involve the plea and sentence negotiation" (*People v Bennett*, 115 AD3d 973, 973 [2014]; *see People v Ross*, 113 AD3d 877, 878 [2014]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Balkin, Hall and Maltese, JJ., concur.